**Gary Elliott GOLDMAN,
Plaintiff—Appellant,**

v.

**Calvin GREEN; Sam Cook; David C. Evans; J. Randolph Riley; John H. Baker, Jr.; J.C. Holder, Detective; W.M. Parker, Detective; Wayne Snow, Jr.; James T. Morris; Bettye O. Hutchings; Merle E. Clark; Timothy E. Jones, Defendants—Appellees.**

No. 03-7548.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 12, 2003.

Decided March 16, 2004.

Gary Elliott Goldman, Appellant pro se.

Before WILKINSON, NIEMEYER, and LUTTIG, Circuit Judges.

**416**

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary Elliott Goldman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Goldman v. Green,* No. CA–03–473–5–F (E.D.N.C. Aug. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*